UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JIN YU,

          Plaintiff,

v.

COSTCO WHOLESALE CORPORATION,

          Defendant.

Case No. 24-cv-01072-HSG

**SCHEDULING ORDER**

A case management conference was held on May 28, 2024. Having considered the parties' proposals, *see* Dkt. No. 15, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | July 26, 2024 |
| Close of Fact Discovery | October 25, 2024 |
| Exchange of Opening Expert Reports | November 8, 2024 |
| Exchange of Rebuttal Expert Reports | November 22, 2024 |
| Close of Expert Discovery | December 13, 2024 |
| Dispositive Motion Hearing Deadline | January 30, 2025, at 2:00 p.m. |
| Pretrial Conference | April 29, 2025, at 3:00 p.m. |
| Jury Trial (3 days) | May 12, 2025, at 8:30 a.m. |

//

//

//

//

1   These dates may only be altered by order of the Court and only upon a showing of good
2   cause. The parties are directed to review and comply with this Court's standing orders.
3   **IT IS SO ORDERED.**
4   Dated: 5/30/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge