1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JIN YU, an individual,

                Plaintiff,

      v.

COSTCO WHOLESALE CORPORATION, a
Washington corporation; and DOES 1 through 20,
inclusive,

                Defendant.

Case No. 4:24-cv-01072-HSG

Hon. Haywood S. Gilliam, Jr.

**ORDER APPROVING
STIPULATION TO CONTINUE
MEDIATION DEADLINE**

Mediation Deadline: September 19, 2024

1

**ORDER**

2

Having read and considered Plaintiff Jin Yu's and Defendant Costco Wholesale Corporation's

3

Stipulation to Continue Mediation Deadline, the facts upon which the request is based, and good cause

4

appearing, it is hereby ORDERED:

5

The September 19, 2024 mediation deadline in this action is continued to November 4, 2024.

6

7

**IT IS SO ORDERED.**

8

9

DATED: 9/18/2024

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

ORDER APPROVING STIPULATION TO CONTINUE MEDIATION DEADLINE