1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JIN YU, an individual, | Case No. 4:24-cv-01072-HSG |
|---|---|
| Plaintiff, | Hon. Haywood S. Gilliam, Jr. |
| v. | **ORDER FOR ENTRY OF DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |
| COSTCO WHOLESALE CORPORATION, a Washington corporation; and DOES 1 through 20, inclusive, | |
| Defendant. | |

**ORDER**

Based on the parties' Stipulation for Entry of Dismissal of Action with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing,

IT IS ORDERED:

1. The above-captioned action shall be dismissed with prejudice as to all claims and defendants; and

2. Each party shall bear its own attorneys' fees and costs of suit.

DATED: 12/20/2024

*Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge